Valatie. No opinion. Judgment and order unanimously affirmed, with costs.

BONIN, Appellant, v. MINTZER, Respondent. (Supreme Court, Appellate Division, Second Department. May 1, 1908.) Action by Charles Bonin against Morris Mintzer, sued as Maurice Minser. No opinion. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, unless within 20 days the defendant consent to reduce his judgment to the sum of $1, with interest and costs, in which case the judgment, as so reduced, is affirmed, without costs.

In re BOSKOWITZ. (Supreme Court, Appellate Division, First Department. May 1, 1908.) In the matter of Ignatz Boskowitz, deceased. No opinion. Order affirmed, with costs. Order filed.

BOSKOWITZ, Appellant, v. SULZBACHER, Respondent. (Supreme Court, Appellate Division, First Department. April 24, 1908.) Action by Jessie L. Boskowitz, as administratrix, against Joseph H. Sulzbacher. J. B. Stanchfield, for appellant. C. L. Craig, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BOYER, Respondent, v. METROPOLITAN SEWING MACH. CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. May 29, 1908.) Action by William H. Boyer against the Metropolitan Sewing Machine Company and another. S. Babcock, for appellants. B. N. Cardozo, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BRADLEY, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 6, 1908.) Action by Henry Bradley against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order affirmed, with costs.

BRAISTED, Respondent, v. KRANENBERG, Appellant. (Supreme Court, Appellate Division, Second Department. May 12, 1908.) Action by Garret S. Braisted against Christian Kranenberg. No opinion. Judgment of the County Court of Kings county affirmed by default, with costs.

BRESLIN, Respondent, v. BORDEN'S CONDENSED MILK CO., Appellant. (Supreme Court, Appellate Division, First Department. May 8, 1908.) Action by Catherine Breslin, as adminstratrix, against Borden's Condensed Milk Company. G. C. Fox, for appellant. E. Van Dernoot, for respondent. No opinion. Judgment reversed, and new trial ordered, with costs to appellant to abide event, on the ground that the verdict is against the weight of evidence. Order filed.

BRICKNER, Respondent, v. SULZBACHER, Appellant. Two cases. (Supreme Court, Appellate Division, First Department. May 1, 1908.) Action by Samuel M. Brickner against Joseph H. Sulzbacher. T. Baumeister, for appellant. A. Benedict, for respondent. No opinion. Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs. Order filed.

BRISTOL, Appellant, v. STATE, Respondent. (Supreme Court, Appellate Division, Third Department. May 6, 1908.) Action by Elizabeth Bristol, as guardian ad litem of William Bristol, an infant, against the state of New York. No opinion. Judgment unanimously affirmed, with costs.

BROOKLYN BANK, Respondent, v. BARNABY, Appellant. (Supreme Court, Appellate Division, Second Department. May 12, 1908.) Action by the Brooklyn Bank against Frank A. Barnaby. No opinion. Judgment (57 Misc. Rep. 195, 107 N. Y. Supp. 584) affirmed, with costs.

BROWN, Respondent, v. BROWN, Appellant. (Supreme Court, Appellate Division, Second Department. April 24, 1908.) Action by Marie Louise W. Brown against Judson A. Brown. No opinion. Order affirmed, with $10 costs and disbursements, and motion dismissed. See 109 N. Y. Supp. 637.

BROWN, Respondent, v. CLAPPER, Appellant. (Supreme Court, Appellate Division, Second Department. May 12, 1908.) Action by Isabelle Brown against Charles Clapper. No opinion. Judgment and order of the County Court of Orange county unanimously affirmed, with costs.

BROWN v. SMITH. (Supreme Court, Appellate Term. June 5, 1908.) Appeal from Municipal Court, Borough of Manhattan, Seventh District. Action by William V. Brown against Terence Smith. Judgment for plaintiff, and defendant appeals. Reversed, and new trial ordered. John G. Snyder, for appellant. William F. Clare, for respondent.

PER CURIAM. The oral pleadings do not disclose any cause of action, unless the word "damages" be so deemed. The answer is a general denial, demand bill of particulars, and counterclaim $200. The bill of particulars states "list of goods belonging to plaintiff and destroyed or damaged by fire at 53 Jay street." The written (unverified) counterclaim is for balance, $151.67, and interest, rent of premises 10 Jay street, as to which no evidence was offered. We are not referred to any testimony showing the relation between the parties, except that of plaintiff, who says he rented the first floor and cellar of 53 Jay street from the defendant; but there is silence as to the terms or conditions of the hiring. On February 26, 1908, a fire occurred on the premises, whereby property of the plaintiff was destroyed or damaged. On that day water pipes in the cellar became frozen. Both plaintiff and defendant participated in an endeavor, by means of burning newspapers, to thaw them. Hence the conflagration.